# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

_____ Division

| | |
|---|---|
| MURVIN PERSAUD | ) Case No. _____ |
| | ) (to be filled in by the Clerk's Office) |
| _Plaintiff(s)_ | ) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | ) |
| MD AUDIO ENGINEERING INC<br>JOSE TELLE | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

FILED (stamp: CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL, 23 JUL 10 AM 11:47)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MURVIN PERSAUD |
| Street Address | 143 COTTEN CT |
| City and County | SANFORD |
| State and Zip Code | FLORIDA 32771 |
| Telephone Number | 646 460 6820 |
| E-mail Address | MURV5@EARTHLINK.NET / dp19752010@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name               MD AUDIO ENGINEERING INC (JOSE TELLE)
  Job or Title *(if known)*
  Street Address     6941 NW 42 Street
  City and County    Miami
  State and Zip Code Florida 33166
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 2
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 3
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 4
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1: Trademark Infringement.
2: Violation of my civil rights under The Color of Law. Title 18 U.S.C Section 242. Depriving me MURVIN PERSAUD of a fair trial by filing two false Bankruptcy cases in Federal Court.
3: Harrasstment and Name calling.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Cease and Desist letter issued April 2020 but was ignored so i'm suing from June 22nd 2016 date trademark applied for to August 3rd 2022 date trademark got cancelled on a default. 2239 days times civil penalty 7U.S.C. 6207e $1085. per day $2,429,315.00.For Harrassment and, depriving me of a fair trial which is a violation of my civil rights. $2,570,685. Total $5,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant illegally used my trademark and their products got knocked off in 2019 with my trademarked name on the packaging and those products were selling on ebay. Defendant put a notice on their website in May 2019 telling customers what their product looks like as shown in EXHIBIT 1.

Cease and Desist notice issued to Defendant April 9th 2020 but Defendant ignored that order. EXHIBIT 2
Please refer to Statement of Claim Detail Explanation on additional pages. Thank you.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Murvin Persaud need to be compensated for the infringement on my business name. The defendant ignoring the Cease and Desist Demand issued in April 2020. Harrasssment and stress the Defendant put me through.I was referred to as "my ignorance to the law" because i was fighting for something i lawfully owned.Defendant will put me out of business because they lied and bullied me out of my Business Trademarked name which i was using since January 5th 2010. Defendant now owns the Trademark after infringing on my Business name for many years without being held accountable by a Court of Law. I will loose my Business of thirteen years. Now i wouldn't be able to provide for my family effectly and i have a Morgage and a family. Now we all will loose financially.

III. Statement of claim: Detail Explanation.

Defendant illegally used my trademark and their products got knocked off in 2019 with my trademarked name on the packaging and those products were selling on Ebay. Defendant put a notice on their website in May 2019 telling customers what their product looks like as shown in EXHIBIT 1. Defendant claimed ownership of my Trademark MD AUDIO in their Dealership agreement on page four paragraph fourteen and even threatened their sellers to abide by their rules when it comes to using the trademarks for advertising the product. This dealer Agreement will be enclosed as evidence. Defendant also gave their sellers permission to use my registered Trademark without my permission. This is a perfect example of Trademark Infringement.

Defendant owns twenty Trademarks and all of them was applied for by their Attorney JESUS SANCHELIMA from 2012 to 2019 but they never applied for my trademarked name MD AUDIO. This shows the Defendant never needed that trademark MD AUDIO to begin with but only choose to bully me MURVIN PERSAUD to get that Trademark because they got caught with Trademark Infringement. Documentation will be enclosed to show all twenty of the Defendants Trademarks and the Attorney who applied for them all.

Cease and Desist notice issued to Defendant April 9th 2020 but Defendant ignored that order. EXHIBIT 2

Defendant started bullying me by filing a cancellation notice with USPTO Federal Court to take away my Trademark Business name MD AUDIO shown in EXHIBIT 3. I legally obtained the name MD AUDIO through USPTO with the Trademark and been using it since January 5th 2010 which is one year and eight months prior to the Defendant as shown in Exhibit 12 and 13. EXHIBIT 14 shows I MURVIN PERSAUD the Plaintiff owns a business account with the Registered name MD AUDIO.

Defendant filed two false Bankruptcy cases in Federal Court seven weeks before the one year mark on the Cease and Desist Notice to prevent me MURVIN PERSAUD the Plaintiff from suing them in Federal Court for Trademark Infringement and collecting on any judgement if awarded as shown in EXHIBIT 4 and EXHIBIT 5. The Defendant choose to hide four pending Federal cases and one legal case from both Bankruptcy filings just to establish both Bankruptcy cases to run from a potential Lawsuit.

My Trademark got cancelled on a default August 3rd 2022 as shown on EXHIBIT 9 and immediately after the Defendant petition the Bankruptcy Court on September 15th 2022 which was six weeks later to cancel both bankruptcy cases as shown on DOC 171 EXHIBIT 8. This proves that the Defendant never needed to be in Bankruptcy proceedings to begin with. This is fraud and corruption at its best and the United States Trustee failed to do their job or they might be involved in this fraud as well. All four of the Federal Cases are on Google and USPTO cancellation cases so how is it possible that the United States Trustee missed all four Federal Proceedings for two separate Bankruptcy cases.

The United States Trustee and the Bankruptcy Court should be held accountable for denying me MURVIN PERSAUD of a fair trial in court. The Attorney JESUS SANCHELIMA should be held accountable for lying on two Federal Bankruptcy proceedings which he filed for his client and hiding four Federal proceedings and one Legal proceedings. Two out of the four Federal proceedings JESUS SANCHELIMA filed for the Defendant and he was aware of three federal proceedings and one legal proceeding. This is fraud and corruption at its best with the Court system failing to do their job, the United States Trustee,

The Attorney Jesus SANCHELIMA and the Defendant. I'm thinking whether or not to file a Federal Case against the Attorney Jesus Sanchelima for violating my Civil Rights by preventing me MURVIN PERSAUD from having a fair trial. I have all the evidence to prove that he was directly involved.

Attorney Jesus Sanchelima was employed directly by the Defendant with a request through the Bankruptcy Court as stated on Document 72 Filed 04/08/21 EXHIBIT 10 with effective date February 12th 2021 which just happens to be the same date both Bankruptcy Cases were filed in Federal Court. This proves that Jesus Sanchelima was directly involved in this fraud as well and should be held accountable. I MURVIN PERSAUD will enclose all the court case files to show as evidence.

Bankruptcy No: 1 Case 21-11394-LMI Filed 02/12/21 Case pending EXHIBIT 4.

Bankruptcy No: 2 Case 21-11393-LMI Filed 02/12/21 Case pending EXHIBIT 5.

Five Federal and legal Proceedings left out on both Bankruptcy Cases:

(1) Cancellation of Trademark MD AUDIO. Cancellation No. 92074565 June 25th 2020 EXHIBIT 3

(2) Cancellation of Trademark MD. Cancellation No. 92074599 June 30th 2020 EXHIBIT 6

(3) Circuit Court of the Eleventh Judicial Circuit. Filed 06/11/2019 Case closed 07/27/2021 EXHIBIT 7

(4) Cease and Desist Demand Notice. April 9th 2020 EXHIBIT 2

(5) Customs and Border Patrol Case No. E817X522202013 Allegation ID: 21878. May 2020 EXHIBIT 11

Bankruptcy No: 1 Case 21-11394-LMI DOC 1 Page 33 Part 3: Line 7 states on EXHIBIT 4 marked with paper tape showing Court Case Info:

Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Case number, Nature of case, Court or Agency's name and Case Status was requested, but Defendant and his Attorney choose to not list the four Federal Proceedings and one legal proceedings.

Bankruptcy No: 2 Case 21-11393-LMI DOC 1 Page 29 Part 3: Line 7 states on EXHIBIT 5 marked with paper tape showing Court Case Info:

The Defendant and his Attorney choose not to list the four Federal Cases and one legal proceeding again on this second Bankruptcy case. Defendant and his Attorney lied ten times on these two Bankruptcy cases. Lying under Oath on any Federal proceeding is a Felony. Here you have two cases with ten lies.

All documentation enclosed will be sent to the United States Senate Marco Rubio of Florida and Florida Governor Ron DeSantis. I am in process of setting up a one on one meeting with the Governor. I also spoke to the FBI about this case and they were very helpful with all the help I needed to proceed with. Thank you.

Name: MURVIN PERSAUD          Signature: M Pyaul

Date: 07/10/2023

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/10/2023

Signature of Plaintiff   M Persaud

Printed Name of Plaintiff   MURVIN PERSAUD

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

**MARCO RUBIO**
FLORIDA

## United States Senate
WASHINGTON, DC 20510

COMMITTEES:
APPROPRIATIONS
FOREIGN RELATIONS
SELECT COMMITTEE ON INTELLIGENCE
SMALL BUSINESS AND ENTREPRENEURSHIP
SPECIAL COMMITTEE ON AGING

December 7, 2022

Mr. Murvin Persaud
143 Cotten Court
Sanford, FL 32771-5601

Dear Mr. Persaud,

Thank you for contacting my office and I appreciate the opportunity to assist you. Your expressed written consent is required by law. Please complete and sign the Privacy Act Consent Form (Consent) enclosed with this letter. Federal agencies will not release any information about your case without your signature on this document.

In order for my staff to process your request, the Consent must contain both a brief statement of the problem and the type of assistance you are requesting, written in the description area on the Consent. Additionally, please provide the most recent documentation and/or correspondence you currently have on your issue. An incomplete Consent will be returned which may cause a delay in processing.

You may forward the completed Privacy Act Consent Form by mail and any attachments you wish to include to my Orlando Regional Office located at 201 South Orange Avenue, Suite 350, Orlando, FL 32801. You may also fax the form to (844) 762-1556 or email to Casework@rubio.senate.gov. Should you have any questions and would like to speak with a member of my Casework Department, please call (407) 254-2573 or toll-free at (866) 630-7106.

I look forward to hearing from you.

Sincerely,

*Marco Rubio*
Marco Rubio
United States Senator

MR/ab

# Office of the U.S. Trustee

**TRANSLATE:** Español | Creole

The United States Trustee Program is a component of the Justice Department that works to ensure the integrity of the bankruptcy system across the nation. The duties of United States Trustees include:

- Appointing and supervising the private trustees who collect and disburse funds to creditors in bankruptcy cases under Chapters 7, 12, and 13;
- Assuring compliance with the Bankruptcy Code with respect to information disseminated in cases through reports, schedules, disclosure statements, reorganization plans, and other filings.
- Reviewing fee applications of professionals, like attorneys and accountants, who serve in Chapter 11 business reorganization cases; and
- Monitoring bankruptcy cases for fraud and abuse, and referring criminal matters to U.S. Attorneys for prosecution in accordance with the USTP Mission Statement.



The United States Trustee Program was created as a pilot program by the 1978 Bankruptcy Reform Act. In 1986, Congress expanded the program from the original 18 judicial districts, and it now operates in all states except North Carolina and Alabama.

The 1986 enactment established 21 regions, each of which is administered by a United States Trustee. In addition to the 21 regional offices, there are 95 field offices, most of which are headed by an Assistant United States Trustee. The program for Region 21 serves the federal judicial districts established for Georgia, Florida, Puerto Rico, and the U.S. Virgin Islands. The regional office is in Atlanta, GA.

The Executive Office for U.S. Trustees, located in Washington, D.C., oversees the United States Trustee Program's substantive operations and handles the program's administrative functions. Clifford J. White III serves as Director of the Executive Office for United States Trustees, under authority derived from the Attorney General.

## Resources

The links below have been provided for your convenience. The United States Bankruptcy Court for the Southern District of Florida does not control or guarantee the accuracy, relevance, timeliness, or completeness of this external information.

- **Bankruptcy Information Sheet:** The bankruptcy information sheet provides some general information about what happens in a bankruptcy case. The information